**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ANTHONY HIGH, | Case No. 2:25-cv-00923-GMN-EJY |
| Petitioner, | **DISMISSAL ORDER** |
| v. | |
| JEREMY BEAN, et al., | |
| Respondents. | |

Petitioner Robert Anthony High commenced this federal habeas action by filing a Petition for Writ of Habeas Corpus and Motion for Appointment of Counsel. (ECF Nos. 1-1 ("Petition"), 1-2 ("Motion").) On July 2, 2025, this Court instructed High to show cause why his Petition should not be dismissed as second or successive, given that this Court had already conducted a merits review of High's entitlement to federal habeas relief in case number 2:11-cv-00891-APG-VCF. (ECF No. 10.) High timely responded, filing a Motion seeking to voluntarily dismiss his Petition and his Motion so that he "can properly file in the Ninth Circuit Court of Appeals for an Order authorizing the district court to consider the petition." (ECF No. 11.) This Court find that good cause exists to grant High's request.

It is therefore Ordered that the Motion (ECF No. 11) is granted. The Petition (ECF No. 1-1) and Motion (ECF No. 1-2) are dismissed without prejudice to their refiling *in a new action* should Petitioner Robert Anthony High obtain permission from the Court of Appeals for the Ninth Circuit to file a Second or Successive Habeas Petition. A Certificate of Appealability is denied as reasonable jurists would not find the dismissal of the Petition to be debatable or wrong for the reasons discussed herein.

It is further kindly Ordered that the Clerk of Court (1) file the Petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (3) provide the Nevada Attorney General with copies of the Petition (ECF No. 1-1), this Order, and all other filings in this matter by regenerating the notices of electronic filing, (4) enter judgment, and (5) close this case.

Dated: July 18, 2025

_____
Gloria M. Navarro, Judge
United States District Court

---

[1] No response is required from Respondents other than to respond to any Orders of a reviewing court.